Lexter Kossie#700661
William McConnell Unit
3001 South Emily Drive
Beeville, Texas 78102

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 08 2015

Abel Acosta, Clerk

April 6, 2015

Texas Supreme Court
**Attn: Clerk**
P.O.: BOX 12308, Capitol Station
Austin, Texas 78711

RE: **Court Inquiry Information or Forms**

Dear Clerk:

I have good reasons to believe that my attorney
and the district attorney conspired to get me a life
sentence because I would not cop-out for an aggravated
robbery in which I did not have a gun or a weapon of any
sort. I have recently acquired an affidavit from the State's
only witness who at trial testified that she saw a brown
handle hanging out of my waistband and when the district
attorney asked her what it was she said it was a gun but
now claim that prior to trial she consistantly told the
D.A.; prior to trial that it could have been a gun but that
she never saw a gun of any sort...only a brown handle.
Prior to trial I consistantly told the D.A.; and my attorney
that I did not have a gun in which the D.A. responded with
the question, "Who do you think the jury is going to believe
...you or that 18 year old young lady?" I never had a gun
and the only reason I went to trial was because that young
lady continued to lie about seeing a gun.
      I would like for a court to conduct a court inquiry
because I believe a crime has been committed by my attorney
and the district attorney who prosecuted my case based on some
additional evidence that I have acquired since my conviction
in November of 1994.
      Please send me whatever forms or information you may
have on filing a court inquiry.
      Thank you for your kind assistaance.

                              Sincerely,


                              Lexter Kossie
cc:file                       **Texas Lifer**